# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

Horton
-v-
Keller

U.S.C.A. # _____

U.S.D.C. # __07 cv 3841__

JUDGE: __DAB__

DATE: __FEBRUARY 26, 2008__

*U.S. DISTRICT COURT FILED FEB 26 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

**DISTRICT COURT DOCKET ENTRIES** --------

**DOCUMENT DESCRIPTION**                                                      **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(**XXX**) Original Record                                        (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 26th Day of February, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Horton

-v-

Keller

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07·cv·3841

JUDGE: DAB

DATE: FEBRUARY 26, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **26th** Day of **February** In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED, PLRA

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03841-DAB
### Internal Use Only

Horton v. Keller  
Assigned to: Judge Deborah A. Batts  
Demand: $1,000,000  
Cause: 42:1983 Civil Rights Act

Date Filed: 05/16/2007  
Date Terminated: 06/29/2007  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 5/15/7) (laq) (Entered: 05/18/2007) |
| 05/16/2007 | 2 | COMPLAINT against Bernard Keller. Document filed by Christopher Horton.(laq) (Entered: 05/18/2007) |
| 05/16/2007 | | SUMMONS ISSUED as to Bernard Keller. (laq) (Entered: 05/18/2007) |
| 05/16/2007 | | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 05/18/2007) |
| 05/23/2007 | | Case Designated PLRA purs. to Prison Litigation Reform Act Section 7(2)(g)(2). (tro) (Entered: 05/30/2007) |
| 06/21/2007 | 3 | ORDER that plaintiff's complaint is hereby dismissed without prejudice. (Signed by Judge Deborah A. Batts on 6/21/07) (dle) (Entered: 06/22/2007) |
| 06/21/2007 | | Transmission to Judgments and Orders Clerk. Transmitted re: 3 Order, to the Judgments and Orders Clerk. (dle) (Entered: 06/22/2007) |
| 06/29/2007 | 4 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated June 21, 2007, the complaint is dismissed without prejudice. (Signed by J. Michael McMahon, clerk on 6/29/07) (ml) (Entered: 07/03/2007) |
| 07/06/2007 | | Mailed notice of Right to Appeal re: 4 Clerk's Judgment to Pro Se Litigant(s): Christopher Horton. (tve) (Entered: 09/27/2007) |
| 02/08/2008 | 5 | NOTICE OF APPEAL from 4 Clerk's Judgment. Document filed by Christopher Horton. (tp) Modified on 2/25/2008 (tp). (Entered: 02/25/2008) |
| 02/08/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Christopher Horton. NO FEE. IFP GRANTED 5/15/07. (tp) (Entered: 02/25/2008) |
| 02/25/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/25/2008) |
| 02/25/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/25/2008) |